## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Hines, Brian D

Printed:  12/19/07

Case Number:  07 B 14840
Judge:  Squires, John H
Filed:  8/16/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed:  November 7, 2007
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 2. | Donald L Newman & Associates | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 22,954.71 | 0.00 |
| 4. | Target National Bank | Unsecured | 34.62 | 0.00 |
| 5. | Credit First | Unsecured | 10.83 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 150.05 | 0.00 |
| 7. | B-Real LLC | Unsecured | 650.47 | 0.00 |
| 8. | Capital One | Unsecured | 32.88 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 21.65 | 0.00 |
| 10. | T-Mobile USA, Inc | Unsecured | 37.36 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 417.62 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 178.17 | 0.00 |
| 13. | Genesis Financial Solutions, Inc | Unsecured | | No Claim Filed |
| 14. | Midland Credit Management | Unsecured | | No Claim Filed |
| 15. | Phillips 66 | Unsecured | | No Claim Filed |
| 16. | Midfirst Bank | Unsecured | | No Claim Filed |
| 17. | Nicor Gas | Unsecured | | No Claim Filed |
| 18. | Providian | Unsecured | | No Claim Filed |
| 19. | Unifund CCR Partners | Unsecured | | No Claim Filed |
| | | | $ 24,488.36 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Hines, Brian D

Printed:  12/19/07

Case Number:  07 B 14840

Judge:  Squires, John H

Filed:  8/16/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

